# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 37 EAP 2012

        Appellee            :

        v.               :

MAURICE WILKINSON, :

        Appellant       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of October, 2017, in consideration of Appellant's failure to respond to the Prothonotary's multiple communications regarding the briefing schedule, the Application to Quash is GRANTED.